UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re: Geoffrey S. Ekstein and Tracy A. Ekstein          Case No. 08-13035

---

Robert E. Ganz, being duly sworn, deposes and says:

1.    That he is an attorney duly licensed to practice law in New York, is admitted to the bar of this Court, is a partner in the firm of Ganz Wolkenbreit & Friedman, LLP, attorneys for Whiteman Osterman & Hanna, LLP and makes this Affidavit in opposition to debtors' objection to claim.

### Procedural Status of this Matter

2.    Whiteman Osterman & Hanna, LLP ("WOH") performed legal services for a variety of Geoffrey Ekstein related entities in past years.

3.    An unpaid balance for certain work was pending in October 2008 when Whiteman Osterman & Hanna, LLP referred this matter to me for collection. At the time, I was unaware of any bankruptcy filing. I sent a demand letter to Mr. Ekstein in October seeking $8,266.94 worth of fees. In response, I received a letter from Sandra Poland Demars, Esq. of Richard Croak's office providing Notice of bankruptcy. That letter urged that we file a Notice of Claim. A copy of the letter is attached as Exhibit 1. I thereafter filed a Notice of Claim in a timely fashion.

4.    I received no further communication from debtors' attorney until this motion.

5.    I reviewed my file in detail and state that the letter attached as Exhibit B to the motion papers of January 27, 2009 from Ms. Demars seeking further information with respect to the claim was not in my file.

6.    By reason of the foregoing, debtor's assertion that he was required to make this motion is erroneous.

7. Further after the initial letter, there were no telephone calls made or follow up letters written when no response was received from my office. Therefore in my view this motion practice made less than one month after the inquiry, is premature and certainly does not merit an award of attorney's fees.

### The Basis of the Law Firm's Claim

8. When debtor Geoffrey Ekstein approached Les Apple, Esq. of Whiteman Osterman & Hanna, LLP with respect to the work involved here, he did <u>not</u> identify an existing corporation to be billed and sought WOH to perform work which involved formation of entities other than the New York corporation known as Collective Integrators Network, Inc.

9. This work included, but was not limited to, a forming of a Nevada entity and preparing for an equity offering of that out-of-State entity and the work shows that the project was far broader than the scope of business of the existing New York corporation (see <u>Exhibit 3</u>).

10. The engagement letter which was sent to Mr. Ekstein was signed by him without any indication of a corporate title (see engagement letter which is attached hereto as <u>Exhibit 2</u>).

11. Payments were made not on the bills by the New York corporation but by Mr. Ekstein personally (see <u>Exhibit 4</u>).

12. For these reasons, it is Whiteman Osterman & Hanna, LLP's belief that the engagement was with Mr. Ekstein personally and not merely the New York corporation with which he was affiliated.

WHEREFORE, deponent and creditor, Whiteman Osterman & Hanna, LLP, respectfully request that the motion objecting to claim and seeking its dismissal be denied.

Robert E. Ganz

Sworn to before me this 25th
day of February, 2009.

00038774.WPD:JBM

DAVID E. SIEGFELD
Notary Public, State of New York
No. 02SI6029090
Qualified in Albany County
Commission Expires Aug. 09, 2009

**EXHIBIT 1**

Received
12-4-08

314 Great Oaks Boulevard
Albany, NY 12203

**Sandra Poland Demars, Esq.**
**Richard Croak & Associates**

518.690.4410
518.690.4435 FAX

December 2, 2008

Ganz Wolkenbreit & Friedman, LLP
One Columbia Circle
Albany, NY  12203

   Re: Geoffrey Ekstein
     Case No. 08-13035; Chapter 13

Dear Sir/Madam:

  Please be advised that we represent Geoffrey Ekstein in the above-referenced Chapter 13 bankruptcy case, which was filed September 15, 2008.  If you believe there is a valid debt owed by our client, I strongly suggest you file a Proof of Claim.  In any event, our client is protected from collection of this debt by the automatic stay and any further contact with the Debtor is not permitted.

       Very truly yours,

       Sandra Poland Demars

**EXHIBIT 2**

08/17/2007 11:47 FAX  5183563889                    EKSTEIN                    ☑001/004

# WHITEMAN OSTERMAN & HANNA LLP

## ATTORNEYS AT LAW

ONE COMMERCE PLAZA
ALBANY NEW YORK 12260
TEL 518 487 7600
FAX 518 487 7777
WOH.COM

MICHAEL WHITEMAN
MELVIN H OSTERMAN
1957-2005
JOHN HANNA JR
JOEL L HODES
PHILIP H GITLEN
SETH H AGATA
DANIEL A RUZOW
LESLIE M APPLE
PHILIP H DIXON
RICHARD E LECKERLING
MARGARET J GILLIS
JONATHAN P NYE
HEATHER D DIDDEL
NEIL L LEVINE
TERRESA M BAKNER
NORMA C MEACHAM
ALAN J GOLDBERG
BETH A HERNANDEZ
MARTIN J RICCIARDI
CHARLES R HAMILTON JR
LESLIE K L THIELE
LORRAINE POWER THARP
DAVID H EVERETT
MICHAEL D SCHOLES
JOHN J HENRY
JAMES B AYERS
DARIAN M KOVANCIK
CATHERINE S HILL
BRIAN J LIGGTY
BETH R LEECH
KRISTIN ROEHLER GUILBAULT
ROBIN M GOOR
ROBERT L SWEENEY
J STEPHEN REILLY
JOHN J ALLEN
CHRISTOPHER E BUCKEY
THOMAS A SHEPARDSON
RANDALL S BEACH
WILLIAM Y BROWN III, III
JEFFREY R ARMSTRONG
KEVIN P QUINN

SENIOR COUNSEL
JOHN R DUNNE
HOWARD A LEVINE
EUGENE M KARP

OF COUNSEL
JEAN F CERBINI
ELLEN M BACH
PETER C TRIMARCHI

MARK P CAWLEY
MARK T SWEENEY
RODERICK J SCHERR ILLO
ROBERT S REYNOLDS
TIMOTHY R MORRISON
JANIS T FALLON
JOSEPH D STINSON
JOHN P CALARESO, JR
CHRISTOPHER W MEYER
JAMES A BOCLUGLI
*MARGER IA M GUNDELFIN
SCOTT D BERGUE
JASON M DIMARINO
WILLIAM G NOLAN
DOROTHY JANE COLSBACK PORPEGLIA
BRADLEY G ALLEN
AI ANNA McMIERNAN
TAMMY T GUMO SMITH
LUCY KATS
CARRIE E FLYNN
SARAH K DELANEY
TODD M MATHES
THOMAS F PUCHNER
FERDINAND J GARRICO
THOMAS W SIMCOE
CHRISTOPHER M McDONALD
STACEY M WARNICK
ROBERT F SARELAND
KIMBERLY O FINNIGAN
HENRY J TAYLOR
*Admitted in CA and DC only

July 26, 2007

Mr. Geoff Ekstein
The Collective Integrators Network
50 Delaware Avenue
Delmar, New3 York 12054

Dear Geoff:

    This is to confirm that you have engaged Whiteman Osterman & Hanna LLP to provide corporate counsel legal services (the "Matter") to The Collective Integrators Network (the "Company"). This letter is to document the terms of this engagement.

## MUTUAL RESPONSIBILITIES

    We will provide the legal services that, in our professional judgment, are appropriate for the Matter and in accordance with applicable legal and ethical standards. You agree to be reasonably available to confer with us upon request, will provide us with such documents and information as you may possess relating to the Matter, will disclose all facts and circumstances of which you are aware that may bear upon our handling of the Matter, and will otherwise assist our efforts as we reasonably request. You also agree to promptly pay our fees in accordance with the terms of this letter

    It is understood that I will be the partner of this Firm with overall responsibility for this engagement and I will use other Firm attorneys as appropriate.

## DETERMINATION OF FEE

    Our fees are determined, in accordance with applicable ethical rules, by considering a number of factors, including the amount of time that our lawyers, legal assistants and staff devote to the Matter, the experience and expertise of the professionals who perform the services, the complexity, novelty and difficulty of the questions involved, the magnitude of the Matter, any time limitations or other special demands presented, and the results obtained.

X:\LMA\Engagement Letters\CIN.doc

08/17/2007 11:47 FAX  5183563889        ERSTEIN                    002/004

- 2 -

You agree that our fee will be based upon the time which we devote to the Matter, in accordance with standard hourly rates assigned to the particular lawyers and legal assistants performing the work. Currently these rates are $85-$125 for legal assistants, from $135 to $225 for associates, and from $235 to $400 for partners. These rates are subject to periodic adjustment, and the rates billed will be those in effect at the time the services in question were rendered. My initial billing rate for the Matter is $400 per hour.

### *RETAINER*

You agree to deposit with us a retainer of $2,500 upon execution of this engagement agreement. Wire transfer instructions are enclosed with this letter. Each month we will deduct from the retainer amount the charges for services rendered that month, together with the amount of the disbursements we have made on your behalf. When the retainer amount has been exhausted, we will bill you for additional amounts due in excess of the retainer. Any retainer paid pursuant to this engagement letter is not a minimum fee, such that any balance remaining after payment of fees and expenses will be refunded.

### *BILLING FOR COSTS AND EXPENSES*

In addition to our fees, we will bill you for any expenditures which we make or expenses we incur for you or on your behalf. These may include computer-based legal research costs, the costs of reproducing documents, long distance telephone charges, parking and travel costs, expenses which we incur while we are away from our office on your business, fees which accountants or consultants retained on your behalf charge us, and other similar expenditures. Where such expenditures are significant in amount, such as trademark search and filing expenses, we may ask you to make payment directly to the provider of goods or services, or we may require an additional retainer amount to cover such expenses.

### *STATEMENTS*

We will send you statements for services rendered and for expenditures which we have made for you on a monthly basis. The amounts set forth in the statements are due within thirty days after the statement is mailed. If you have any questions about any statement, please call me promptly to discuss it.

If your account becomes delinquent, we have established collection procedures which may include stopping all legal services of a non-emergency nature and, where consistent with our ethical obligations, withdrawing from this representation. We also reserve the right to ask you for reasonable security for past due balances and work required in the near future. As a condition of our undertaking this representation, you agree to provide such security to us upon request.

In fairness to the majority of our clients who pay our statements promptly, we have established late payment charges designed to recover the costs of carrying overdue accounts.

X:\LMA\Engagement Letters\CfN.doc

- 3 -

We reserve the right, to the extent permitted by law, to add a late payment charge of 1% per month to your past due account. These late charges will accrue from the due date of the bill until the date it is paid.

## *CONFLICTS OF INTEREST*

Whiteman Osterman & Hanna LLP has a diverse practice that includes representation of many other companies and individuals in many areas. We have performed our standard internal conflicts check and we believe our performance of this engagement will not conflict with any client or Matter on which we are engaged as of the date of this letter. In the event any such conflict comes to our attention, we will promptly notify you, and you agree to promptly meet with us to discuss, in good faith, a reasonable resolution. Within applicable ethical and legal guidelines, we will endeavor to continue our representation and to preserve our relationship.

It is also understood, as we discussed, that this engagement does not include either personal legal representation of any of the owners of the intended businesses with respect to their rights and obligations with and to each other as owners, or individual tax preparation advice.

## *FEE DISPUTES*

Clients to whom New York lawyers have rendered legal services have the right to require arbitration of certain fees disputes where the amount in dispute is between $1,000 and $50,000. Not all fee disputes are subject to arbitration, and special procedures governing such proceedings have been established. In the event such a dispute should arise in connection with this engagement agreement, you have the right and are encouraged to consult with other counsel to receive independent advice on the applicability of arbitration to your issues and the procedures you will need to follow.

## *TERMINATION*

We anticipate a long and mutually satisfactory relationship. However, you have the right to terminate our engagement at any time by giving us written notice of termination. We also have the right, subject to our responsibilities under applicable ethical rules, to terminate our engagement by giving you written notice if you fail to cooperate with us or to pay our bills when due or if we determine that continuing to represent you would be unethical, impractical or improper. If our relationship is terminated by either of us, you will remain obligated to pay us in full for our past services and for costs and expenses in accordance with the terms of this letter.

X:\LMA\Engagement Letters\CTN.doc

- 4 -

## AGREEMENT APPLICABLE UNTIL CHANGED IN WRITING

This agreement will apply to any additional work we agree to undertake upon your behalf unless we enter into an express written agreement reflecting an alternate arrangement. Please review this letter carefully, and raise and discuss with me any questions which you may have. If this letter accurately reflects your understanding of our attorney-client relationship, please indicate your approval and acceptance by dating and signing the enclosed duplicate of the letter and returning it to me together with a check in payment of the retainer.

Sincerely,

Leslie M. Apple

*Accepted and Agreed:*

*The Collective Integrators Network*

By: _____
      Geoff Ekstein

Dated: _8/17/07_____

X:\LMA\Engagement Letters\CIN.doc

**EXHIBIT 3**

# WHITEMAN OSTERMAN & HANNA LLP

ATTORNEYS AT LAW

ONE COMMERCE PLAZA
ALBANY, NEW YORK 12260
TEL 518.487.7600
FAX 518.487.7777
woh.com

Invoice No. 307128
11/30/2007
Client #     102642

Collective Integrators Alliance, LLC
Geoffrey Ekstein
Sr. Vice President
293 Broadway
Menands, NY 12204

**Payment is due upon
Receipt**

INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:
102642-001      Corporate Counsel

| | | |
|---|---|---|
| Fees for Legal Services | $ 10,000.00 | |
| Expenses and Other Charges | 0.00 | |
| TOTAL CHARGES THIS INVOICE | | $ 10,000.00 |
| **RETAINER APPLIED** | | $ 3,000.00 |
| **BALANCE DUE THIS INVOICE** | | $ 7,000.00 |

**TOTAL CHARGES DUE UPON RECEIPT**

PLEASE MAIL PAYMENT TO:
    WHITEMAN OSTERMAN & HANNA LLP
ONE COMMERCE PLAZA
ALBANY, NY  12260

Whiteman Osterman & Hanna LLP

Page:  2

# Whiteman Osterman & Hanna LLP

One Commerce Plaza
Albany, NY  12260
(518) 487-7600

11/30/2007

Invoice No.: 307128

Collective Integrators Alliance, LLC
Geoffrey Ekstein
Sr. Vice President
293 Broadway
Menands, NY 12204

Our Matter # 102642-001
Corporate Counsel

| P | Private | Placement | | |
|---|---------|-----------|---|---|
| 8/22/2007 | LMA | Attention to e-mails re financial projections for offering document; | 0.80 | 400.00 |
| 8/27/2007 | LMA | Meeting with Messrs. Ekstein, Tangora and Tamburri to work on equity offering, operating agreement and related matters; Related file work; | 2.00 | 400.00 |
| 8/27/2007 | SJT | Review business plan; Meeting with client and L. Apple; | 4.00 | 125.00 |
| 8/30/2007 | LMA | Work on Operating Agreement; | 1.50 | 400.00 |
| 8/31/2007 | LMA | Completed draft Operating Agreement for distribution; Work on offering documents; | 3.00 | 400.00 |
| 9/4/2007 | LMA | Preparation of subscription documents (agreement and investor questionnaire) and NDA; | 1.50 | 400.00 |
| 9/4/2007 | SJT | Review file; Telephone call with client; | 3.10 | 125.00 |
| 9/5/2007 | LMA | Work on offering structure and regulatory issues attendant reduced investment minimum; | 1.00 | 400.00 |
| 9/5/2007 | SJT | Meeting with L. Apple; Review file and subscription documents; | 4.30 | 125.00 |
| 9/7/2007 | SJT | Review PPM for PageOne; Telephone call with client; | 4.40 | 125.00 |
| 9/18/2007 | LMA | Work on PPM; | 1.50 | 400.00 |
| 9/18/2007 | SJT | Research, locate and review sample PPMs; Begin drafting PPM for client; | 5.60 | 125.00 |
| 9/20/2007 | SJT | Draft PPM; | 6.00 | 125.00 |
| 9/21/2007 | SJT | Draft PPM; | 0.50 | 125.00 |

**Whiteman Osterman & Hanna LLP**

Page: 3

| Date | Atty | Description | Hours | Rate |
|---|---|---|---|---|
| 9/26/2007 | SJT | Draft PPM; | 2.10 | 125.00 |
| 9/27/2007 | SJT | Draft PPM document; | 3.20 | 125.00 |
| 9/28/2007 | LMA | Work on PPM; | 1.30 | 400.00 |
| 9/28/2007 | SJT | Draft PPM document; | 10.00 | 125.00 |
| 9/29/2007 | LMA | Work on PPM; | 2.00 | 400.00 |
| 9/29/2007 | SJT | Review, edit and draft PPM document along with exhibits and subscriptiono documents; | 1.00 | 125.00 |
| 9/30/2007 | SJT | Edit PPM document based on L. Apple's comments; | 2.70 | 125.00 |
| 10/1/2007 | LMA | PPM work; Conference call in evening with Messrs. Ekstein to review PPM; Related follow-up work; | 2.20 | 400.00 |
| 10/1/2007 | SJT | Meeting with L. Apple; Conference call with client; Review final PPM and subscription documents; | 1.00 | 125.00 |
| 10/2/2007 | LMA | Work on PPM; | 0.80 | 400.00 |
| 10/3/2007 | LMA | Final revision of PPM, including telephone conferences with G. Ekstein; | 3.50 | 400.00 |
| 10/3/2007 | SJT | Draft PPM, attachments and exhibits; Work ont subscription documents; | 1.50 | 125.00 |
| 10/4/2007 | LMA | Work on subscription documents; | 0.40 | 400.00 |
| 10/4/2007 | SJT | Edit subscription documents; Forward same to client; | 1.00 | 125.00 |
| 10/5/2007 | LMA | Work on PPM matters with S. Taylor; | 0.30 | 400.00 |
| 10/5/2007 | SJT | Telephone conference with client; Set up escrow account; | 0.50 | 125.00 |
| 10/15/2007 | HMN | Review file as per L. Apple; | 0.90 | 85.00 |
| 10/15/2007 | SJT | Attention to filling out Form D; Telephone conference with client to request sample subscription pack and copies of executed documents; | 2.50 | 125.00 |
| 10/16/2007 | LMA | Work on PPM blue sky compliance matters; | 0.60 | 400.00 |
| 10/16/2007 | SJT | Meeting with client; Receive requested documents; Prepare NY RegD504 forms; | 2.50 | 125.00 |
| 10/18/2007 | SJT | Finalize and e-mail client instructions and forms to be reviewed and completed; | 0.70 | 125.00 |

|  |  | **Sub-Total: Private Placement** | 79.90 | 16,111.50 |
|---|---|---|---|---|
|  |  |  | 79.90 | 16,111.50 |
|  |  |  | Sub-total Fees: | 16,111.50 |
|  |  |  | Discount: | -6,111.50 |

**Rate Summary**

| | | |
|---|---|---|
| Les Apple | 22.40 hours at $ 400.00/hr | 8,960.00 |
| Heidi M. Nicholson | 0.90 hours at $ 85.00/hr | 76.50 |

**Whiteman Osterman & Hanna LLP**

Page: 4

| | | | |
|---|---|---|---|
| Sydney Taylor | | 56.60 hours at $ 125.00/hr | 7,075.00 |
| | Total hours: | 79.90 | |

**Payments**

| | | | |
|---|---|---|---|
| 9/20/2007 | Payment | WOH IOLA | 3,000.00 |

Sub-total Payments: 3,000.00

Total Current Billing: 10,000.00

Previous Balance Due: -3,000.00

**Total Now Due:** **7,000.00**

# WHITEMAN OSTERMAN & HANNA LLP

ATTORNEYS AT LAW

ONE COMMERCE PLAZA
ALBANY, NEW YORK 12260
TEL 518.487.7600
FAX 518.487.7777
woh.com

Invoice No. 307129
11/30/2007
Client #    102642

Collective Integrators Alliance, LLC
Geoffrey Ekstein
Sr. Vice President
293 Broadway
Menands, NY 12204

**Payment is due upon
Receipt**

INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:
102642-001      Corporate Counsel

| | | |
|---|---|---|
| Fees for Legal Services | $ 3,515.00 | |
| Expenses and Other Charges | 86.90 | |
| TOTAL CHARGES THIS INVOICE | | $ 3,601.90 |
| **RETAINER APPLIED** | | $ 2,500.00 |
| **BALANCE DUE THIS INVOICE** | | $ 1,101.90 |

**TOTAL CHARGES DUE UPON RECEIPT**

PLEASE MAIL PAYMENT TO:
WHITEMAN OSTERMAN & HANNA LLP
ONE COMMERCE PLAZA
ALBANY, NY  12260

Whiteman Osterman & Hanna LLP

Page: 2

# Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY  12260
(518)487-7600

11/30/2007

Collective Integrators Alliance, LLC
Geoffrey Ekstein
Sr. Vice President
293 Broadway
Menands, NY 12204

Invoice No.: 307129

Our Matter # 102642-001
Corporate Counsel

| G | | General Business Matters | | |
|---|---|---|---|---|
| 7/26/2007 | MJR | Perform knock-out search for CiNet, "Collective Integrators Network" and "Integrators Serving Integrators;" | 0.20 | 255.00 |
| 7/30/2007 | MJR | Complete knock-out searches for CiNet, "Integrators Serving Integrators" and COLLECTIVE INTEGRATORS NETWORK; Send e-mails to G. Ekstein re: same; | 1.80 | 255.00 |
| 8/1/2007 | MJR | Review e-mail from G. Ekstein; Update knock-out search for CiNET references; Send e-mail to G. Ekstein; | 0.90 | 255.00 |
| 8/3/2007 | MJR | Review e-mail from G. Ekstein re: "The Collective Integrators Alliance;" Perform trademark knock-out search re: same; Research national symbol usage prohibitions; | 2.00 | 255.00 |
| 8/9/2007 | MJR | Review e-mail from G. Ekstein re: "C: Alliance;" Perform knock-out search re: same; Send e-mail to G. Ekstein with results of knock-out search; | 0.90 | 255.00 |
| 8/23/2007 | LMA | Review of/attention to client e-mails; | 0.80 | 400.00 |
| 9/10/2007 | SJT | Meeting with L. Apple; Conference call with client; Draft and edit Operating Agreement provisions; | 2.80 | 125.00 |
| 9/11/2007 | LMA | Preparation of Piccirilli mutual NDA; Work on Operating Agreement with S. Taylor; | 0.70 | 400.00 |
| 9/12/2007 | LMA | Work on Operating Agreement; | 0.80 | 400.00 |
| 9/17/2007 | LMA | Work on finalizing Operating Agreement for client review; | 0.60 | 400.00 |
| 9/17/2007 | SJT | Meeting with L. Apple; Review and draft Operating Agreement; | 4.00 | 125.00 |

**Whiteman Osterman & Hanna LLP**

Page: 3

| 11/2/2007 | HMN | Work with S. Taylor re investor escrow; | 0.30 | 85.00 | |
|---|---|---|---|---|---|
| | | **Sub-Total: General Business** | 15.80 | | 3,515.00 |
| | | | 15.80 | | 3,515.00 |
| | | | Sub-total Fees: | | 3,515.00 |

### Rate Summary

| | | |
|---|---|---|
| Les Apple | 2.90 hours at $400.00/hr | 1,160.17 |
| Heidi M. Nicholson | 0.30 hours at $ 85.00/hr | 25.50 |
| Martin Ricciardi | 5.80 hours at $255.00/hr | 1,479.21 |
| Sydney Taylor | 6.80 hours at $125.00/hr | 850.12 |
| Total hours: | 15.80 | |

**Expenses**

| | | | |
|---|---|---|---|
| | E105 | Long Distance Telephone Charge | 0.55 |
| | | Photocopy Charges | 0.60 |
| 8/24/2007 | | NYS Department of State, Drawdown Account - #D1 - HMN 9/17/07 Replenishment of DOS Draw Down | 0.75 |
| 8/24/2007 | | NYS Department of State, Drawdown Account - #D1 - HMN 9/17/07 Replenishment of DOS Draw Down | 50.00 |
| 8/24/2007 | | NYS Department of State, Drawdown Account - #D1 - HMN 9/17/07 Replenishment of DOS Draw Down | 35.00 |
| | | Sub-total Expenses: | 86.90 |

**Payments**

| | | | |
|---|---|---|---|
| 8/22/2007 | Payment | Transfer from 3-G. Ekstein | 2,500.00 |
| | | Sub-total Payments: | 2,500.00 |

**Whiteman Osterman & Hanna LLP**

|  | Page: 4 |
|---|---|
| Total Current Billing: | 3,601.90 |
| Previous Balance Due: | 4,500.00 |
| **Total Now Due:** | **8,101.90** |

# WHITEMAN OSTERMAN & HANNA LLP

ATTORNEYS AT LAW

ONE COMMERCE PLAZA
ALBANY, NEW YORK 12260
TEL 518.487.7600
FAX 518.487.7777
woh.com

Invoice No. 311884
3/25/2008
Client #      102642

Collective Integrators Alliance, LLC
Geoffrey Ekstein
Sr. Vice President
293 Broadway
Menands, NY 12204

**Payment is due upon
Receipt**

INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:
102642-001      Corporate Counsel

| | | | |
|---|---|---|---|
| Fees for Legal Services | $ | 0.00 | |
| Expenses and Other Charges | | 2.00 | |
| TOTAL CHARGES THIS INVOICE | | $ | 2.00 |
| **TOTAL CHARGES PAST DUE** | | $ | 8,101.90 |
| Interest on Past Due Charges | | | 81.02 |
| **TOTAL CHARGES DUE** | | $ | 8,184.92 |

**TOTAL CHARGES DUE UPON RECEIPT**

PLEASE MAIL PAYMENT TO:
WHITEMAN OSTERMAN & HANNA LLP
ONE COMMERCE PLAZA
ALBANY, NY  12260

OR WIRE TRANSFER FUNDS TO:
KEYBANK, NA
ROUTING # 021 300 077
DEPOSITORY ACCOUNT # 325900033615
S.W.I.F.T. BIC:  KEYBUS33

# Whiteman Osterman & Hanna LLP

One Commerce Plaza
Albany, NY  12260
(518)487-7600

Collective Integrators Alliance, LLC
Geoffrey Ekstein
Sr. Vice President
293 Broadway
Menands, NY 12204

March 25, 2008
Invoice    311884
Page:  2

Our Matter #    102642-001
Corporate Counsel

For professional services rendered through  February 29, 2008

**Expenses**

| | |
|---|---|
| Photocopy Charges | 2.00 |
| Total Reimbursable Costs: | 2.00 |
| **Total Current Billing:** | **2.00** |
| Previous Balance Due: | 8,101.90 |
| Interest on Previous Balance: | 81.02 |
| **Total Now Due:** | **8,184.92** |

**WHITEMAN
OSTERMAN
& HANNA** LLP

Attorneys at Law
*www.woh.com*

Invoice No. 312882
4/18/2008
Client #  102642

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

**Payment is due upon
receipt**

Collective Integrators Alliance, LLC
Geoffrey Ekstein
Sr. Vice President
293 Broadway
Menands, NY 12204

INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:
102642-001        Corporate Counsel

| | | |
|---|---|---|
| Fees for Legal Services | $ | 0.00 |
| Expenses and Other Charges | | 1.00 |
| **TOTAL CHARGES THIS INVOICE** | $ | **1.00** |
| **TOTAL CHARGES PAST DUE** | $ | **8,184.92** |
| Interest on Past Due Charges | | 81.02 |
| **TOTAL CHARGES DUE** | $ | **8,266.94** |

**TOTAL CHARGES  DUE UPON RECEIPT**

WIRE TRANSFER FUNDS TO:
KEYBANK, NA
ROUTING # 021 300 077
DEPOSITORY ACCOUNT # 325900033615
S.W.I.F.T. BIC:  KEYBUS33

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remittance Stub**                                     **Credit Card Type:**

Please Circle:   MC  -  VISA  -  DISCOVER  -  AMEX

Remit to:  Whiteman Osterman & Hanna LLP          Account Number:_____-_____-_____-_____
One Commerce Plaza
Albany, NY  12260                                Expiration Date:____/____/____CCV Number (Back of Card) _____

Name As Appears on Card: _____

**Matter ID: 102642-001**                        **Total Amount Paid: $_____**

# Whiteman Osterman & Hanna LLP

One Commerce Plaza
Albany, NY  12260
(518) 487-7600

Collective Integrators Alliance, LLC          April 18, 2008
Geoffrey Ekstein                              Invoice     312882
Sr. Vice President                            Page:  2
293 Broadway
Menands, NY 12204

Our Matter #    102642-001
Corporate Counsel

For professional services rendered through  March 31, 2008

**Expenses**

|  |  |  |
|---|---|---|
| Photocopy Charges | | 1.00 |
| Total Reimbursable Costs: | | 1.00 |
| **Total Current Billing:** | | **1.00** |
| Previous Balance Due: | | 8,184.92 |
| Interest on Previous Balance: | | 81.02 |
| **Total Now Due:** | | **8,266.94** |

**EXHIBIT 4**

**WHITEMAN OSTERMAN & HANNA LLP**
ONE COMMERCE PLAZA
ALBANY, NY 12260
518-487-7600

I hereby authorize Whiteman Osterman & Hanna LLP to charge my credit card for the following amount. We accept VISA, MASTERCARD & AMERICAN EXPRESS.

Amount: $2,500

Credit Card Type: M/C

Credit Card Number: 5466 1300 6901 1238   CVV Code: 756

Expiration Date: 10/69

Name as it Appears on Card: Geoffrey S. Ekstein

Signature:

Please fax this paper to our accounting department at 518-487-7776 and mail original to our office.

F:\Departments\Accounting\ACCOUNTING FORMS\Credit Card Info doc

4